| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 4:11CR00209-22 JM |
| | DOCKET NUMBER *(Rec. Court)* |
| | 3:14-00153-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Donnie Mitchell | Eastern District of Arkansas | Western Division |
| | NAME OF SENTENCING JUDGE | |
| | Honorable James M. Moody | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/8/2013 | TO 3/7/2016 |

OFFENSE
Conspiracy to Possess With Intent to Distribute and to Distribute Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **"Eastern District of Arkansas"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Middle District of Tennessee** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/11/14
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **"Middle District of Tennessee"**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-15-14
Effective Date

United States District Judge